IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HILLBRO LLC, dba HILLS RESTAURANT, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

OREGON MUTUAL INSURANCE COMPANY, an Oregon corporation,

        Defendant.

No. 3:21-cv-00382-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

    DATED:___September 7, 2021_____.

                                       _____
                                       MARCO A. HERNÁNDEZ
                                       United States District Judge

1 – JUDGMENT